SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-01263-JAM-KJN** |
| | ) |
| Plaintiff; | ) **ORDER RE: REQUEST FOR DISMISSAL** |
| | ) |
| vs. | ) |
| | ) |
| MSKB Tahoe Properties, LP, | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |
| | ) |
| | ) |

        IT IS SO ORDERED that the above-entitled action is
hereby dismissed with prejudice pursuant to Fed. R. Civ. P.
Rule 41(a)(1)(A).

Date: 9/17/2012

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL
CIV: S-12-01263-JAM-KJN- 1